In the Matter of the Claim of NICHOLAS GENOVESE, Appellant, against JOSEPH DORFF, INC., et al., Respondents.

STATE INDUSTRIAL BOARD, Respondent.

Argued April 14, 1942; decided May 28, 1942.

*Murray James* and *Samuel L. Miller* for appellant.

*George J. Hayes* and *William F. O'Rourke* for respondents.

Order affirmed, without costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.